1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
4  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 10th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  Attorneys for Defendant,
   PERRIGO COMPANY PLC
8

9              UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 | ABELARDO MARTINEZ, JR., an individual, and DOMINICK MARTIN, an individual, | Case No.
13 | | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**
14 | Plaintiffs, |
15 | v. | Los Angeles County Superior Court Case No. 20STCV27812
16 | PERRIGO COMPANY PLC,, an Ireland company; and DOES 1-10, inclusive, |
17 | |
18 | Defendants. | Action Filed:  July 23, 2020
    |                | Trial Date:    None Set

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that defendant Perrigo Company PCL, ("Defendant") hereby removes to this Court the state court action described below:

## I.   FILING AND SERVICE OF THE COMPLAINT.

1. On July 23, 2020, plaintiffs Abelardo Martinez, Jr., and Dominick Martin ("Plaintiffs") commenced an action in the Superior Court of the State of California for the County of Los Angeles, Case Number 20STCV27576, by filing a Complaint entitled "*Abelardo Martinez, Jr., and Dominick Martin v. Perrigo Company PLC, and DOES 1-10, inclusive.*"

2. Defendant was served with the Summons and Complaint on July 28, 2020. True and correct copies of the Summons and Complaint and all other documents served upon Defendant are attached hereto as Exhibit "A". Defendant has not yet responded to the Complaint. To Defendant's knowledge, no other defendant has been served. *See Salveson vs. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984) (defendant need not join in or consent to the notice of removal if the nonjoining defendant has not been served with process in the state action at the time the notice of removal is filed.).

## II.   THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and his claims are founded on a claim or right arising under the laws of the United States.

4. More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 et seq. (Complaint ¶¶ 1, 2, 3, and 27).

### III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of Los Angeles, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Los Angeles.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of the County of Los Angeles be removed to this Court.

Dated: September 22, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Gregory F. Hurley
GREGORY F. HURLEY
Attorneys for Defendant,
PERRIGO COMPANY PLC